IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROY A. HORNE**                                                      **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 1:10-cv-487-HSO-JMR**

**DELTA SANITATION**                                      **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on Defendant Delta Sanitation's Re-Urged Motion to Dismiss [23], filed in this cause on April 2, 2012.  In accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this cause is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 27th day of April, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE